**DISMISS and Opinion Filed February 14, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00664-CV

**JAZMIN ALYCE SADLER, Appellant**
**V.**
**WALNUT HILL TX PARTNERS, LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-02926-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated January 22, 2024, we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230664F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JAZMIN ALYCE SADLER,
Appellant

No. 05-23-00664-CV      V.

WALNUT HILL TX PARTNERS,
LLC, Appellee

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-23-02926-
C.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

      In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered February 14, 2024